IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EXPRESS SCRIPTS, INC.,** *et al.*                                       **PLAINTIFFS**

v.             **CASE NO. 4:25-CV-00520-BSM**
                 **CASE NO. 4:25-CV-00524-BSM**
                 **CASE NO. 4:25-CV-00561-BSM**
                 **CASE NO. 4:25-CV-00598-BSM**

**RODNEY RICHMOND,** *et al.*                                      **DEFENDANTS**

## ORDER

The parties' joint motion for a stay of proceedings [Doc. No. 78, Case No. 4:25-cv-00520-BSM] is granted and the above-referenced cases are stayed pending the resolution of defendants' interlocutory appeal [Doc. No. 77, Case No. 4:25-cv-00520-BSM].  The parties shall file a status report within thirty days from the date the mandate is released.

IT IS SO ORDERED this 4th day of August, 2025.

                                                                 /s/ Brian S. Miller
                                                       UNITED STATES DISTRICT JUDGE